## McManes Estate

Before Sinkler, P. J., Klein, Bolger, Ladner, Hunter and Boland, JJ.

228

230

232

*John H. Archer*, guardian and trustee ad litem, p. p. for exceptant.

*William H. S. Wells*, of *Saul, Ewing, Remick & Saul*, contra.

BOLAND, J., June 16, 1950.—We are all in agreement with the conclusions reached by the auditing judge. Little can be profitably added to what has been so well said in a comprehensive adjudication, which carefully and fully reviews the law as well as the facts.

The exceptions are, therefore, dismissed and the adjudication is confirmed absolutely.